UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL WALL,<br><br>           Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br> of the Social Security Administration,<br><br>           Defendant. | 1:05-cv-1221-SEB-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Michael Wall is not entitled to Disability Insurance Benefits based on his application filed on June 13, 2000, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).


Date: 07/31/2007

                                                                             SARAH EVANS BARKER, JUDGE
                                                                             United States District Court
                                                                             Southern District of Indiana

Distribution:

Jame S. Goldstein
jamegoldsteinlaw@aol.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov